UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA SARDIS,

           Plaintiff,

-v-

GATEWAY SERVICES INC. and RICHARD D. DUHAIME,

           Defendants.

CIVIL ACTION NO.: 23 Civ. 8590 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 14, 2024, the Court directed the parties to file by May 28, 2024 a joint letter (the "Letter") advising whether they intend to pursue settlement and, if so, whether they plan to engage in direct negotiations or request a referral to the Court-annexed Mediation Program or to another Magistrate Judge for a settlement conference. (ECF No. 21 ¶ 2). The parties did not file the Letter by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **May 31, 2024**.

Dated:    New York, New York
           May 29, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**